No. 674. SCIORTINO *v.* UNITED STATES. February 17, 1941. Petition for writ of certiorari to the Circuit Court

of Appeals for the Second Circuit denied. *Mr. Leo H. Klugherz* for petitioner. *Solicitor General Biddle* and *Messrs. Wendell Berge, George F. Kneip,* and *W. Marvin Smith* for the United States.